UNITED STATES DISTRICT COURT

Northern District of California

JUDITH SCRASE,

        Plaintiff(s),        No. C 10-2191 MEJ

  v.

JOHN VAUGHN,        **ORDER DENYING SECOND REQUEST TO APPOINT COUNSEL**

        Defendant(s).        **ORDER RE IFP APPLICATION**
_____/

      On May 21, 2010, Plaintiff Judith Scrase filed the above-captioned matter, as well as a Motion for Appointment of Counsel in a criminal case. (Dkt. #2.) However, as this case is a civil matter and parties are only entitled to appointment of counsel in criminal cases, the Court denied Plaintiff's motion. (Dkt. #4.) Now before the Court is Plaintiff's second motion to appoint counsel, which uses the same form. (Dkt. #6.) For the reasons stated in its previous order, namely that this is a civil case and parties are only entitled to appointment of counsel in criminal cases, the Court hereby DENIES Plaintiff's second motion for appointment of counsel.

      Plaintiff has also filed an application to proceed in forma pauperis. (Dkt. #8.) Upon review of Plaintiff's application, the Court finds that more information is needed to make a determination. Specifically, Plaintiff states that she spends $600 per month on food and $690 per month on utilities. At the same time, it appears that she might own her home (or is the beneficiary of a trust that owns the home), which has a monthly mortgage payment of $792, and that she has a monthly income of $2429. Given these numbers, the Court is concerned that Plaintiff has inflated her food and utility payments. Accordingly, the Court hereby ORDERS Plaintiff to submit all bills, receipts and/or invoices for the past three months that support her food and utility bill amount and her payments. Plaintiff shall submit the requested documentation by June 17, 2010.

      **IT IS SO ORDERED.**

Dated: May 25, 2010

                                                          _____
                                                           Maria-Elena James
                                                          Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE,

        Plaintiff,

  v.

JOHN VAUGHN et al,

        Defendant.

Case Number: CV10-02191 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: June 2, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2