UNITED STATES DISTRICT COURT

Northern District of California

JUDITH SCRASE

           Plaintiff(s),           No. C 10-2191 MEJ

  v.

JOHN VAUGHN                          **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

           Defendant(s).

_____/

      Pending before the Court is Plaintiff's in forma pauperis application. Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

      You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by June 17, 2010.

      **IT IS SO ORDERED.**

Dated: June 2, 2010

                                                      _____
                                                      Maria-Elena James
                                                      Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH SCRASE                                                          No. C 10-02191 MEJ

        Plaintiff(s),

vs.

JOHN VAUGHN

        Defendant(s).
                                                             /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____                Signed by:_____

                                                                                 Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____                Signed by:_____

                                                                                 Counsel for:_____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH SCRASE | Case Number: 10-02191 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JOHN VAUGHN | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judith Scrase
1492 Pawnee Drive
Las Vegas, NV 89169-3129

Dated: June 2, 2010

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk