UNITED STATES  DISTRICT COURT

Northern District of California

JUDITH SCRASE,

                    Plaintiff(s),

    v.

JOHN VAUGHN,

                    Defendant(s).

_____/

No. C 10-02191 MEJ

**ORDER OF REFERRAL**

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable William Alsup for the purpose of considering whether it is related to the following case: C 10-1768 WHA, Scrase v. Vaughn.

**IT IS SO ORDERED.**

Dated: June 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California